```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                      CENTRAL DISTRICT OF CALIFORNIA
 9
10
11   TIMOTHY JONES,                  ) Case No. CV 06-2978-CBM(RC)
                                     )
12                   Petitioner,     )
                                     )
13   vs.                             ) (1) ORDER ADOPTING REPORT AND
                                     )     RECOMMENDATION OF UNITED STATES
14   LEA ANN CHRONES, Warden,¹       )     MAGISTRATE JUDGE; AND
                                     ) (2) ORDER DENYING CERTIFICATE
15                   Respondent.     )     OF APPEALABILITY
     _____)
16
```

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a _de novo_ determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition and dismissing the action with

---

¹ Pursuant to Federal Rule of Civil Procedure 25(d), Lea Ann Chrones is substituted as respondent for Roy A. Castro.

1 | prejudice.

3 | This Court finds an appeal would not be taken in good faith, and that petitioner has not made a substantial showing that he has been denied a constitutional right, for the reasons set forth in the Report and Recommendation of the United States Magistrate Judge; accordingly, a certificate of appealability should not issue under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b). <u>Slack v. McDaniel</u>, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000); <u>Mayfield v. Calderon</u>, 229 F.3d 895, 900 (9th Cir. 2000).

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED: 11/30/2010

CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

R&R\06-2978.ado3
11/16/10