JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY JONES, | ) | Case No. CV 06-2978-CBM(RC) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| LEA ANN CHRONES, Warden,[1] | ) | |
| Respondent. | ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: 11/30/2010

CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Lea Ann Chrones is substituted as respondent for Roy A. Castro.

R&Rs\06-2978.jud2
10/6/10